AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court, District of Arizona |
|---|---|---|
| DOCKET NO. | DATE FILED<br>6/29/2023 | |
| PLAINTIFF<br>Fornix Holdings LLC; and CP Productions, Inc. | | DEFENDANT<br>John Doe #1 d/b/a pornez.net; John Doe #2 d/b/a cumgloryhole.com; John Doe #3 d/b/a hqcollect.net |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attachment A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Attachment A

| # | Registration No. | Title of Work | Status | Registration Date |
|---|---|---|---|---|
| 1 | PA 2-071-956 | BJ's 6th Visit | Registered | 1/20/18 |
| 2 | PA 2-071-948 | Cousin's 2nd Visit | Registered | 1/20/18 |
| 3 | PA 2-072-149 | Erika's 3rd Visit | Registered | 1/20/18 |
| 4 | PA 2-071-957 | Francesca & Finley Gangbang | Registered | 1/20/18 |
| 5 | PA 2-071-706 | Francesca & Finley Visit | Registered | 1/20/18 |
| 6 | PA 2-072-147 | Gretchen's 2nd Visit | Registered | 1/20/18 |
| 7 | PA 2-071-709 | Janae's 2nd Visit | Registered | 1/20/18 |
| 8 | PA 2-071-708 | Jordan's 3rd Visit | Registered | 1/20/18 |
| 9 | PA 2-073-937 | Krista's 2nd Visit | Registered | 1/20/18 |
| 10 | PA 2-071-729 | Lacey B's 2nd Visit | Registered | 1/20/18 |
| 11 | PA 2-072-023 | Nancy's 1st Visit | Registered | 1/20/18 |
| 12 | PA 2-071-958 | Ora's 1st Visit | Registered | 1/20/18 |
| 13 | PA 2-071-952 | Pamala's 1st Visit | Registered | 1/20/18 |
| 14 | PA 2-071-715 | Takosha's 1st Visit | Registered | 1/20/18 |
| 15 | PA 2-072-152 | Yvette's 1st Visit | Registered | 1/20/18 |
| 16 | PA 2-071-706 | Francesca & Finley Visit | Registered | 1/20/18 |
| 17 | PA 2-098-179 | Gloria's 1st Visit | Registered | 1/23/18 |
| 18 | PA 2-098-182 | Mitzi's 1st Visit | Registered | 1/23/18 |
| 19 | PA 2-098-181 | Paulina B's 1st Visit | Registered | 1/23/18 |
| 20 | PA 2-098-184 | Quincy's 2nd Visit | Registered | 1/23/18 |
| 21 | PA 2-098-406 | Danika's 3rd Visit | Registered | 1/24/18 |
| 22 | PA 2-098-397 | Lauren's 1st Visit | Registered | 1/24/18 |
| 23 | PA 2-098-400 | Yana's 3rd Visit | Registered | 1/24/18 |
| 24 | PA 2-100-534 | Felecia's 1st Visit | Registered | 2/2/18 |
| 25 | PA 2-102-877 | GH Girlfriend 1-1 | Registered | 2/3/18 |
| 26 | PA 2-102-878 | GH Girlfriend 1-2 | Registered | 2/3/18 |
| 27 | PA 2-102-880 | GH Girlfriend 1-3 | Registered | 2/3/18 |
| 28 | PA 2-102-881 | GH Girlfriend 1-4 | Registered | 2/3/18 |
| 29 | PA 2-103-133 | Bi-Girls 1st Visit | Registered | 2/12/18 |
| 30 | PA 2-103-555 | Francesca's 4th Visit | Registered | 2/19/18 |
| 31 | PA 2-103-810 | GH-Fit Chick 1-1 | Registered | 2/19/18 |
| 32 | PA 2-105-014 | Nicolette's 1st Visit | Registered | 2/28/18 |
| 33 | PA 2-105-208 | Ora's 2nd Visit | Registered | 3/1/18 |
| 34 | PA 2-106-900 | GH-Fit Chick 1-2 | Registered | 3/10/18 |
| 35 | PA 2-106-898 | Kasandra's 1st Visit | Registered | 3/10/18 |
| 36 | PA 2-107-780 | Parker's 2nd Visit | Registered | 3/16/18 |
| 37 | PA 2-108-864 | Renee's 1st Visit | Registered | 3/23/18 |
| 38 | PA 2-109-666 | GH Girlfriend 1-5&6 | Registered | 3/29/18 |
| 39 | PA 2-109-668 | Paulina B's 2nd Visit | Registered | 3/29/18 |
| 40 | PAu 3-916-357 | Hunter's 1st Visit | Registered | 4/18/18 |
| 41 | PAu 3-916-346 | Bi-Girls 2nd Visit | Registered | 5/3/18 |
| 42 | PAu 3-916-352 | Tabor's 1st Visit | Registered | 5/3/18 |
| 43 | PA 2-117-469 | Takosha's 2nd Visit | Registered | 5/3/18 |
| 44 | PA 2-122-769 | Finley's 2nd Visit | Registered | 5/27/18 |

| # | Registration No. | Title of Work | Status | Registration Date |
|---|---|---|---|---|
| 45 | PA 2-122-019 | GH-Fit Chick 1-3 | Registered | 5/27/18 |
| 46 | PA 2-122-018 | Patricia's 1st Visit | Registered | 5/27/18 |
| 47 | PA 2-128-564 | Daphne's 1st Visit | Registered | 6/8/18 |
| 48 | PA 2-128-563 | Kasandra's 2nd Visit | Registered | 6/8/18 |
| 49 | PA 2-125-760 | Shira's 2nd Visit | Registered | 6/21/18 |
| 50 | PA 2-127-358 | Sierra's 1st Visit | Registered | 6/21/18 |
| 51 | PA 2-144-882 | Vivian's 1st Visit | Registered | 6/21/18 |
| 52 | PA 2-127-359 | Erora's 1st Visit | Registered | 7/5/18 |
| 53 | PA 2-127-361 | Parlia's 1st Visit | Registered | 7/5/18 |
| 54 | PA 2-127-357 | Tabor's 2nd Visit | Registered | 7/5/18 |
| 55 | PA 2-128-561 | Erora's 1st Visit | Registered | 7/11/18 |
| 56 | PAu 3-925-331 | Patricia's 2nd Visit | Registered | 7/11/18 |
| 57 | PA 2-128-562 | Vartel's Test Visit | Registered | 7/11/18 |
| 58 | PA 2-128-230 | Doran's Test Visit | Registered | 7/19/18 |
| 59 | PA 2-128-226 | Fadden's 1st Visit | Registered | 7/19/18 |
| 60 | PA 2-130-531 | Gwen's Test Visit | Registered | 7/31/18 |
| 61 | PA 2-130-530 | Sierra's 2nd Visit | Registered | 7/31/18 |
| 62 | PA 2-130-529 | Zelda's Test Visit | Registered | 7/31/18 |
| 63 | PAu 3-927-649 | GH Wife 1-14 | Registered | 8/2/18 |
| 64 | PAu 3-927-651 | Kamara's 1st Visit | Registered | 8/2/18 |
| 65 | PA 2-132-440 | Hanna's 1st Visit | Registered | 8/20/18 |
| 66 | PA 2-132-439 | Xia's Test Visit | Registered | 8/20/18 |
| 67 | PA 2-133-941 | GH Girlfriend 1-8 | Registered | 8/26/18 |
| 68 | PA 2-175-008 | Jordan's 3rd Visit | Registered | 8/26/18 |
| 69 | PA 2-155-993 | Mitzi's 1st Visit | Registered | 8/26/18 |
| 70 | PA 2-163-955 | Nancy's 1st Visit | Registered | 8/26/18 |
| 71 | PA 2-133-940 | Shira's 1st Visit | Registered | 8/26/18 |
| 72 | PA 2-163-960 | Yana's 3rd Visit | Registered | 8/26/18 |
| 73 | PAu 3-961-029 | BJ's 7th Visit | Registered | 9/14/18 |
| 74 | PA 2-135-802 | Cheyenne's 2nd Visit | Registered | 9/14/18 |
| 75 | PA 2-135-803 | Wynter-Hanna | Registered | 9/14/18 |
| 76 | PA 2-135-801 | Wynter's 1st Visit | Registered | 9/14/18 |
| 77 | PA 2-135-806 | Xia's 2nd Visit | Registered | 9/14/18 |
| 78 | PA 2-136-452 | Becky's Test Visit | Registered | 9/20/18 |
| 79 | PAu 3-931-892 | Tally's 2nd Visit | Registered | 9/20/18 |
| 80 | PA 2-138-088 | Debra's 1st Visit | Registered | 10/4/18 |
| 81 | PA 2-138-089 | Mia's 1st Visit | Registered | 10/4/18 |
| 82 | PA 2-138-090 | Patty's Test Visit | Registered | 10/4/18 |
| 83 | PAu 3-933-868 | Xia-Wynter | Registered | 10/4/18 |
| 84 | Pa 2-139-015 | GH-Fit Chick 1-4&5 | Registered | 10/12/18 |
| 85 | PA 2-139-014 | Linda's 1st Visit | Registered | 10/12/18 |
| 86 | PA 2-150-325 | Francesca's 5th Visit | Registered | 10/19/18 |
| 87 | PAu 3-938-043 | Parlia's 2nd Visit | Registered | 10/24/18 |
| 88 | PAu 3-942-350 | Hanna's 2nd Visit | Registered | 11/14/18 |

| # | Registration No. | Title of Work | Status | Registration Date |
|---|---|---|---|---|
| 89 | PA 2-145-735 | Remi's Test Visit | Registered | 11/14/18 |
| 90 | PA 2-145-747 | Becky's 2nd Visit | Registered | 11/15/18 |
| 91 | PA 2-144-069 | Heather B's 3rd Visit | Registered | 11/16/18 |
| 92 | PAu 3-944-299 | GH Wife 1-15 | Registered | 11/21/18 |
| 93 | PAu 3-944-305 | Remi's 2nd Visit | Registered | 11/21/18 |
| 94 | PA 2-149-638 | GH Girlfriend | Registered | 12/7/18 |
| 95 | PA 2-149-636 | Tabor's 3rd Visit | Registered | 12/7/18 |
| 96 | PAu 3-951-738 | Angelica-Elise 2nd Visit | Registered | 12/27/18 |
| 97 | PA 2-155-202 | Debra's 2nd Visit | Registered | 12/27/18 |
| 98 | PAu 3-951-741 | Jules's 2nd Visit | Registered | 12/27/18 |
| 99 | PA 2-155-197 | Jules's Test Visit | Registered | 12/27/18 |
| 100 | PA 2-155-205 | Patricia's 3rd Visit | Registered | 12/27/18 |
| 101 | PA 2-157-725 | New Girl Review | Registered | 1/11/19 |
| 102 | PA 2-166-808 | Asher's 2nd Visit | Registered | 2/12/19 |
| 103 | PA 2-166-802 | Folana's 1st Visit | Registered | 2/12/19 |
| 104 | PA 2-166-778 | Kamara's 2nd Visit | Registered | 2/12/19 |
| 105 | PA 2-166-809 | Love Triangle | Registered | 2/12/19 |
| 106 | PA 2-166-801 | New Girl Review 1 | Registered | 2/12/19 |
| 107 | PA 2-166-743 | New Girl Review 2 | Registered | 2/12/19 |
| 108 | PAu 3-961-223 | Veena's 1st Visit | Registered | 2/12/19 |
| 109 | PAu 3-963-396 | GH-A060 | Registered | 2/27/19 |
| 110 | PA 2-172-891 | GH-A063 | Registered | 3/9/19 |
| 111 | PA 2-172-890 | GH-A067B | Registered | 3/9/19 |
| 112 | PA 2-179-051 | GH-A074B | Registered | 3/27/19 |
| 113 | PA 2-179-050 | GH-A081 | Registered | 3/27/19 |
| 114 | PAu 3-970-741 | GH-A088 | Registered | 3/27/19 |
| 115 | PA 2-179-613 | GH-A091 | Registered | 4/3/19 |
| 116 | PAu 3-971-092 | GH-A095 | Registered | 4/3/19 |
| 117 | PA 2-183-319 | GH-A102 | Registered | 4/12/19 |
| 118 | PAu 3-973-956 | GH-A109 | Registered | 4/17/19 |
| 119 | PA 2-188-640 | GH-A112 | Registered | 5/3/19 |
| 120 | PA 2-188-642 | GH-A116 | Registered | 5/3/19 |
| 121 | PA 2-188-659 | GH-A119 | Registered | 5/3/19 |
| 122 | PA 2-188-661 | GH-A123 | Registered | 5/3/19 |
| 123 | PA 2-191-655 | GH-A126 | Registered | 5/22/19 |
| 124 | PA 2-191-662 | GH-A137 | Registered | 5/23/19 |
| 125 | PAu 3-979-598 | GH-A144 | Registered | 5/23/19 |
| 126 | PA 2-195-787 | GH-A151 | Registered | 6/13/19 |
| 127 | PA 2-195-792 | GH-A152 | Registered | 6/14/19 |
| 128 | PA 2-195-719 | GH-A158-2 | Registered | 6/14/19 |
| 129 | PA 2-195-782 | GH-A161 | Registered | 6/14/19 |
| 130 | PAu 3-982-825 | GH-A165 | Registered | 6/14/19 |
| 131 | PA 2-207-068 | GH-A172 | Registered | 8/16/19 |
| 132 | PA 2-207-097 | GH-A179 | Registered | 8/16/19 |

| # | Registration No. | Title of Work | Status | Registration Date |
|---|---|---|---|---|
| 133 | PA 2-207-100 | GH-A186 | Registered | 8/16/19 |
| 134 | PA 2-207-092 | GH-A193 | Registered | 8/16/19 |
| 135 | PA 2-207-077 | GH-A200 | Registered | 8/16/19 |
| 136 | PA 2-207-088 | GH-A207 | Registered | 8/16/19 |
| 137 | PA 2-207-102 | GH-A214 | Registered | 8/16/19 |
| 138 | PA 2-207-101 | GH-A221 | Registered | 8/16/19 |
| 139 | PA 2-207-096 | GH-A228-2 | Registered | 8/16/19 |
| 140 | PA 2-335-733 | GH-C274-2 | Registered | 12/23/21 |
| 141 | PA 2-335-734 | GH-CBPCE-2 | Registered | 12/23/21 |
| 142 | PA 2-335-732 | GH-C281 | Registered | 12/24/21 |
| 143 | PA 2-336-041 | GH-C288-2 | Registered | 12/24/21 |
| 144 | PA 2-336-046 | GH-C295-2 | Registered | 12/24/21 |
| 145 | PA 2-336-032 | GH-C302-2 | Registered | 12/24/21 |
| 146 | PA 2-336-654 | GH-C309-2 | Registered | 12/26/21 |
| 147 | PA 2-336-652 | GH-CBNCG | Registered | 12/26/21 |
| 148 | PA 2-336-653 | GH-CBNP | Registered | 12/26/21 |
| 149 | PA 2-335-926 | GH-CBNW-2 | Registered | 12/26/21 |
| 150 | PA 2-335-925 | GH-CBPD-2 | Registered | 12/26/21 |
| 151 | PA 2-335-924 | GH-CBPM-2 | Registered | 12/26/21 |
| 152 | PA 2-338-359 | GH-C285 | Registered | 1/6/22 |
| 153 | PA 2-338-360 | GH-CBNCD | Registered | 1/6/22 |
| 154 | PA 2-338-362 | GH-CBPDB-2 | Registered | 1/6/22 |
| 155 | PA 2-338-357 | GH-ZBH-2 | Registered | 1/6/22 |
| 156 | PAu 4-124-215 | GH-ZBR-2 | Registered | 1/12/22 |
| 157 | PAu 4-124-818 | GH-ZBY-2 | Registered | 1/20/22 |
| 158 | PAu 4-125-273 | GH-ZBCJ-2 | Registered | 1/25/22 |
| 159 | PAu 4-126-127 | GH-ZCE | Registered | 1/31/22 |
| 160 | PAu 4-126-854 | GH-ZCN | Registered | 2/8/22 |
| 161 | PAu004127621 | GH-ZCV | Registered | 2/15/22 |
| 162 | PAu 4-128-783 | GH-ZCCF-2 | Registered | 2/22/22 |
| 163 | PAu004130221 | GH-ZDE | Registered | 3/1/22 |
| 164 | PAu004131084 | GH-ZDN-2 | Registered | 3/7/22 |
| 165 | PAu004131809 | GH-ZDV | Registered | 3/8/22 |
| 166 | PAu004133063 | GH-ZDCF-2 | Registered | 3/23/22 |
| 167 | PAu004133562 | GH-ZEB | Registered | 3/29/22 |
| 168 | PAu004136224 | GH-ZEJ-2 | Registered | 4/7/22 |
| 169 | PAu004136869 | GH-ZES-2 | Registered | 4/13/22 |
| 170 | PAu004137289 | GH-ZEZ-2 | Registered | 4/20/22 |
| 171 | PAu004138187 | GH-ZECK | Registered | 4/26/22 |
| 172 | PA0002357082 | GH-ZFG-2 | Registered | 5/10/22 |
| 173 | PAu004139800 | GH-ZFQ | Registered | 5/10/22 |
| 174 | PAu004140146 | GH-ZFX-2 | Registered | 5/18/22 |
| 175 | PAu004140921 | GH-ZFCH | Registered | 5/23/22 |
| 176 | PAu004141090 | GH-ZGD | Registered | 5/26/22 |

| # | Registration No. | Title of Work | Status | Registration Date |
|---|---|---|---|---|
| 177 | PA0002360941 | GH-ZGM | Registered | 6/10/22 |
| 178 | PAu004142803 | GH-ZGU-3 | Registered | 6/15/22 |
| 179 | PA0002363507 | GH-ZGCE-2 | Registered | 6/24/22 |
| 180 | PA0002364671 | GH-ZGDA | Registered | 7/1/22 |
| 181 | PAu004144480 | GH-220708 | Registered | 7/5/22 |
| 182 | PA0002366386 | GH-220715-2 | Registered | 7/15/22 |
| 183 | PAu004145099 | GH-220720 | Registered | 7/15/22 |
| 184 | PA0002367549 | GH-220722-2 | Registered | 7/24/22 |
| 185 | PAu004145688 | GH-220729-2 | Registered | 7/24/22 |
| 186 | PAu004146858 | GH-220805-2 | Registered | 8/5/22 |
| 187 | PAu004146991 | GH-220812-2 | Registered | 8/9/22 |
| 188 | PA0002371904 | GH-220819-2 | Registered | 8/21/22 |
| 189 | PA0002374130 | GH-220826-2 | Registered | 8/29/22 |
| 190 | PA0002375944 | GH-220902 | Registered | 9/10/22 |
| 191 | PA0002375947 | GH-220909-2 | Registered | 9/10/22 |
| 192 | PAu004153259 | GH-220916 | Registered | 9/15/22 |
| 193 | PAu004154455 | GH-220923-2 | Registered | 9/21/22 |
| 194 | PA0002381300 | GH-220930 | Registered | 10/10/22 |
| 195 | PA0002381301 | GH-221007-2 | Registered | 10/10/22 |
| 196 | PAu004157116 | GH-221014-2 | Registered | 10/10/22 |
| 197 | PA0002383549 | GH-221014-2 | Registered | 10/26/22 |
| 198 | PA0002383548 | GH-221021-2 | Registered | 10/26/22 |
| 199 | PAu004158714 | GH-221028-2 | Registered | 10/26/22 |
| 200 | PA0002386667 | GH-221104-2 | Registered | 11/11/22 |
| 201 | PA0002386666 | GH-221111-2 | Registered | 11/11/22 |
| 202 | PA0002387420 | GH-221118-2 | Registered | 11/18/22 |
| 203 | PA0002388105 | GH-221125-2 | Registered | 11/25/22 |
| 204 | PAu004161793 | GH-221202-2 | Registered | 11/30/22 |
| 205 | PAu004162728 | GH-221209-2 | Registered | 12/7/22 |
| 206 | PAu004164323 | GH-221216-2 | Registered | 12/14/22 |
| 207 | PAu004165269 | GH-221225-2 | Registered | 12/23/22 |
| 208 | PAu004165271 | GH-221230-2 | Registered | 12/23/22 |
| 209 | PAu004166374 | GH-230106-2 | Registered | 1/5/23 |
| 210 | PAu004166529 | GH-230113-2 | Registered | 1/11/23 |
| 211 | PA0002396490 | GH-230120-2 | Registered | 1/20/23 |
| 212 | PA0002399150 | GH-230203-2 | Registered | 2/7/23 |
| 213 | PA0002404482 | GH-230206 | Registered | 3/7/23 |
| 214 | PAu004169362 | GH-230210-2 | Registered | 2/7/23 |
| 215 | PAu004170290 | GH-230217-2 | Registered | 2/13/23 |
| 216 | PA0002404483 | GH-230220 | Registered | 3/7/23 |
| 217 | PA0002401967 | GH-230224 | Registered | 2/24/23 |
| 218 | PA0002404484 | GH-230227 | Registered | 3/7/23 |
| 219 | PAu004172355 | GH-230303-2 | Registered | 3/1/23 |
| 220 | PA0002404487 | GH-230306 | Registered | 3/7/23 |

| #   | Registration No. | Title of Work | Status     | Registration Date |
|-----|------------------|---------------|------------|-------------------|
| 221 | PAu004173640     | GH-230310-2   | Registered | 3/7/23            |
| 222 | PAu004174646     | GH-230317     | Registered | 3/15/23           |
| 223 | PAu004176376     | GH-230324-2   | Registered | 3/22/23           |
| 224 | PAu004176096     | GH-230331-2   | Registered | 3/29/23           |
| 225 | PAu004176327     | GH-230403     | Registered | 3/31/23           |
| 226 | PAu004176685     | GH-230407-2   | Registered | 4/4/23            |
| 227 | PAu004176684     | GH-230414     | Registered | 4/4/23            |
| 228 | PAu004179550     | GH-230418     | Registered | 4/11/23           |
| 229 | PAu004176686     | GH-230421     | Registered | 4/4/23            |
| 230 | PAu004181444     | GH-230428     | Registered | 4/25/23           |
| 231 | PAu004181727     | GH-230502-2   | Registered | 5/1/23            |
| 232 | PAu004182011     | GH-230505-2   | Registered | 5/3/23            |
| 233 | PAu004182373     | GH-230512     | Registered | 5/9/23            |
| 234 | PAu004182372     | GH-230516     | Registered | 5/9/23            |