David D. Lin (*pro hac vice*)
david@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Fornix Holdings LLC
and CP Productions, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Fornix Holdings LLC; and CP Productions, Inc.,** | Case No. 2:23-cv-01200-MTL |
| *Plaintiffs,* | **STATUS REPORT** |
| v. | |
| **John Doe #1 d/b/a pornez.net; John Doe #2 d/b/a cumgloryhole.com; John Doe #3 d/b/a hqcollect.net,** | |
| *Defendants.* | |

Pursuant to this Court's Order dated October 11, 2024 (Dkt. No. 32), Plaintiffs Fornix Holdings LLC and CP Productions, Inc. ("Plaintiffs") respectfully submits this Status Report. On August 13, 2024, upon Plaintiffs' application (Dkt. No. 30), the Clerk of this Court entered default of all Defendants in the above-captioned matter (Dkt. No. 31). Accordingly, pursuant to Fed. R. Civ. P. 55, Plaintiffs submit their motion for default judgment against all defendants in this lawsuit (Dkt. No. 33).

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 21, 2024<br>       Brooklyn, New York | Respectfully submitted<br>**LEWIS & LIN, LLC** |
| 3 | | |
| 4 | | By: _/s/David D. Lin____<br>David D. Lin, Esq. |
| 5 | | (*pro hac vice*) |
| 6 | | *Attorneys for Fornix Holdings LLC and CP Productions, Inc.* |