# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fornix Holdings LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　Defendants. | NO. CV-23-01200-PHX-MTL<br><br>**DEFAULT JUDGMENT** |

　　　　Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiffs and against Defendants John Doe #1 d/b/a pornez.net, John Doe #2 d/b/a cumgloryhole.com, and John Doe #3 d/b/a hqcollect.net.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 29, 2025

　　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　　By　　Deputy Clerk